# EXHIBIT B

PATTERSON BELKNAP WEBB & TYLER LLP
Steven A. Zalesin (*pro hac vice* application to be filed)
sazalesin@pbwt.com
Jonah M. Knobler (*pro hac vice* application to be filed)
jknobler@pbwt.com
Andrew D. Cohen (*pro hac vice* application to be filed)
acohen@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
Telephone:     (212) 336-2000
Facsimile:     (212) 336-2222

LAFAYETTE & KUMAGAI LLP
Gary T. Lafayette (SBN 88666)
glafayette@lkclaw.com
Brian H. Chun (SBN 215417)
bchun@lkclaw.com
Barbara L. Lyons (SBN 173548)
blyons@lkclaw.com
Saisruthi Paspulati (SBN 319879)
spaspulati@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone:     (415) 357-4600
Facsimile:     (415) 357-4605

*Attorneys for Johnson & Johnson Consumer Inc.*

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| KATHERINE BRENNAN and MICHELLE MANG, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>NEUTROGENA CORPORATION and JOHNSON & JOHNSON CONSUMER COMPANIES, INC.;<br>     Defendants. | CASE NO.<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>Removed from the Superior Court of California, Alameda County, Case No. RG21101025<br><br>State Court action filed: May 26, 2021 |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of Civil Action was filed in the United States District Court for the Northern District of California on June 24, 2021.

A copy of the Notice of Removal and Declarations of Jennifer Sheehy and Matthew Plugues in support thereof is attached to this Notice and is served and filed herewith.

DATED:  June 24, 2021       PATTERSON BELKNAP WEBB & TYLER LLP

LAFAYETTE & KUMAGAI LLP

By: _____

GARY T. LAFAYETTE

*Attorneys for Johnson & Johnson Consumer Inc.*

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

## PROOF OF SERVICE

I am employed in the City and County of Oakland, California. I am over the age of eighteen years and not a party to the within action. My business address is 1300 Clay Street, Suite 810, Oakland, California 94612.

On June 24, 2021, I served the document named below on the parties in this action as follows:

**NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

| | |
|---|---|
| XX | (BY MAIL): I caused each and such envelope with postage thereon fully prepaid, to be placed in the United State mail at Oakland, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. |
| | (BY FILE & SERVEXPRESS): I served the document(s) named above on the party(ies) in this action, by uploading true and correct copy(ies) of the document(s) to File & ServeXpress to be filed and served electronically to the Court and counsel of record through their File & ServeXpress inboxes. |
| | (BY PERSONAL SERVICE): I caused to be personally served each document listed above on the addressee(s) noted below. |
| | (BY FACSIMILE): I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below. |
| | (BY OVERNIGHT MAIL): I caused to be delivered to an overnight courier service each document to the addressee(s) noted below. |
| | (BY ELECTRONIC MAIL): I caused a copy of the document(s) to be sent from e-mail address kmikkelsen@lkclaw.com to the persons at the email addresses listed below. |

ALYSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
Sin-Ting Mary Liu
17 East Main Street, Suite 200
Pensacola, FL 32502

BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq.
Kiley L. Grombacher, Esq.
Robert N. Fisher, Esq.
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 24, 2021at Oakland, California, California.

Kirsten Mikkelsen

PROOF OF SERVICE
(Case No. RG21101025)