UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON AEROSOL
SUNSCREEN MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION  MDL No. 3015

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 8, 2021, the Panel transferred 7 civil action(s) to the United States District Court for the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2021). Since that time, no additional action(s) have been transferred to the Southern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Raag Singhal.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Florida and assigned to Judge Singhal.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Florida for the reasons stated in the order of October 8, 2021, and, with the consent of that court, assigned to the Honorable Raag Singhal.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By: Maria Cruz, Deputy Clerk
Date: Oct 20, 2021

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: JOHNSON & JOHNSON AEROSOL
SUNSCREEN MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION　　　　　　　　　　MDL No. 3015

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 21−07230 | Rebecca Dickerson et al v. Johnson and Johnson Consumer, Inc. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 21−04869 | Brennan et al v. Johnson & Johnson Consumer, Inc. et al |
| NEW JERSEY | | | |
| NJ | 3 | 21−14343 | BODINE et al v. JOHNSON & JOHNSON CONSUMER INC. |
| NJ | 3 | 21−14421 | BAKER et al v. JOHNSON & JOHNSON CONSUMER INC. |
| NJ | 3 | 21−14492 | FERNANDEZ v. JOHNSON & JOHNSON CONSUMER INC. |
| NJ | 3 | 21−17290 | LOKIETZ v. JOHNSON & JOHNSON et al |